AO 94  (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the

Northern  District of California

FILED

FEB 2 4 2015

RICHARD ~~ ~~ ~~ ~~KING
CLERK, U.S. ~~ ~~ ~~RICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:15-mj-70207-MAG-1 |
| | ) | |
| Agustin Espinoza-Jimenez | ) | Charging District's |
| *Defendant* | ) | Case No.   CR-03-481-KI |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of ___ of Oregon, Portland ___ .

The defendant may need an interpreter for this language: _____ Spanish _____ .

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   _____ Feb 24, 2015 _____

_____
*Judge's signature*

_____ DONNA M. RYU, U.S. Magistrate Judge _____
*Printed name and title*

**cc:** Copy to parties via ECF, 2 Certified copies to U.S. Marshal, Probation